UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **ANTHONY CYRIAK** | * | **CIVIL ACTION NO.   13-3130**<br>**SEC. P.** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS** |
| **KEVIN KIDD, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED, ADJUDGED, and DECREED that defendants' motion for summary judgment [doc. # 22] is GRANTED IN PART, and that plaintiff's claims against defendant, Kevin Kidd, are hereby DISMISSED, with prejudice, in their entirety

IT IS FURTHER ORDERED that the motion for summary judgment [doc. # 22] otherwise is DENIED.

THUS DONE AND SIGNED this   19th   day of    March                2014, Shreveport, Louisiana.

_____
S. MAURICE HICKS
UNITED STATES DISTRICT JUDGE